UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.75.79.68,

    Defendant.

Case No. 3:23-cv-06668-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 10

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: March 28, 2024

WILLIAM H. ORRICK
United States District Judge